■ Marta Chaikovska et al., Appellants, v Ernst & Young, LLP, Respondent. [915 NYS2d 882]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Lindley, Sconiers and Gorski, JJ.

■ Amy McCabe et al., Respondents-Appellants, v St. Paul Fire and Marine Insurance Company, Appellant-Respondent, et al., Defendant. (Appeal No. 2.) [915 NYS2d 883]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Lindley, Sconiers and Gorski, JJ.

■ W. James Camperlino, Appellant, v Town of Manlius Municipal Corporation et al., Respondents, and Benita Rogers et al., Intervenors-Defendants-Respondents. [915 NYS2d 882]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Carni, Lindley and Green, JJ.

■ In the Matter of the Compulsory Accounting of the Lifetime Trust of Joseph Srozenski, Deceased. Susan Porcelli, Respondent; Barbara Srozenski, Respondent; Robert Srozenski, Appellant. [915 NYS2d 883]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Sconiers, Green and Martoche, JJ.

■ In the Matter of Martin Luther Nursing Home, Inc., Appellant, v Michael J. Dowling, Commissioner of Social Services of State of New York, et al., Respondents. [915 NYS2d 883]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, Lindley and Martoche, JJ.

■ In the Matter of State of New York, Appellant, v Michael Matter, Respondent. (Appeal No. 1.) [915 NYS2d 883]—Motion for reargument denied. Present—Centra, J.P., Carni, Lindley and Martoche, JJ.

■ The People of the State of New York ex rel. Michael Matter, Respondent, v Michael F. Hogan, Ph.D., Commissioner, New York State Office of Mental Health, Appellant. (Appeal No. 2.) [915 NYS2d 883]—Motion for reargument denied. Present—Centra, J.P., Carni, Lindley and Martoche, JJ.